IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CHICAGO & VICINITY LABORERS'** ) | |
| **DISTRICT COUNCIL PENSION FUND,** *et al.* ) | |
| **Plaintiffs,** ) | |
| **v.** ) | |
| ) | **22 cv 3936** |
| **HUGH HENRY CONSTRUCTION INC. d/b/a** ) | |
| **GALLAGHER CONCRETE, INC.,** Illinois ) | **Judge Gottschall** |
| corporations, **TRACEY BIESTERFELDT,** ) | |
| individually, and **MICHAEL GALLAGHER,** ) | |
| individually ) | |
| ) | |
| **Defendants.** ) | |

## MOTION FOR ENTRY OF JUDGMENT IN SUM CERTAIN

Now come Plaintiffs Chicago & Vicinity Laborers' District Council Pension Fund, Chicago & Vicinity Laborers' District Council Welfare Fund, Chicago & Vicinity Laborers; District Council Retiree Health and Welfare Fund, and Catherine Wenskus (collectively referred to hereinafter as the "Funds"), by and through their attorney, Amy Carollo, and hereby move this Court for the entry of judgment in sum certain against Defendants Hugh Henry Construction Inc. d/b/a Gallagher Concrete, Inc. (hereinafter "Gallagher Concrete"), Tracey Biesterfeldt, individually, and Michael Gallagher, individually. In support of this Motion, Plaintiffs state as follows:

1. The Funds filed their Complaint on July 28, 2022 (and later filed their First Amended Complaint on July 6, 2023), seeking to compel Gallagher Concrete, Tracey Biesterfeldt, and Michael Gallagher to submit and pay its benefits reports/contributions for the period of December 2021 forward and dues reports/dues for the period of January 2022 forward, submit its books and records to an audit upon demand and pay all amounts found due and owing on that audit, and an order for the Defendants to obtain a surety bond.

2. The Court entered an order of default against Ms. Biesterfeldt and Mr. Gallagher on December 16, 2022 (*see* docket number 23) and against Gallagher Concrete on August 8, 2023 (*see* docket number 88).

3. Gallagher Concrete submitted its books and records to an audit. The audit was provided to the Defendants on November 8, 2023.

4. Defendants provided challenges; the audit was revised and provided to the Defendants on June 25, 2024.

5. Pursuant to Section 502(g)(2) of the Employees Retirement Income Security Act ("ERISA"), as amended, 29 U.S.C. § 1132(g)(2), Section 301 of the Labor Management Relations Act ("LMRA"), as amended, 29 U.S.C. § 185, Plaintiffs are entitled to judgment in their favor and jointly and severally against Defendants Hugh Henry Construction Inc. d/b/a Gallagher Concrete, Inc., Tracey Biesterfeldt, individually, and Michael Gallagher, individually in the amount of $284,290.99 as follows:

(a) $256,857.94 in unpaid contributions, dues, interest, liquidated damages, accumulated liquidated damages, and audit costs on the audit for the period of June 1, 2020 through October 31, 2022. *See* Declaration of Rocco Marcello attached hereto as Exhibit A, ¶ 9.

(b) $27,433.05 in attorney's fees and costs expended to date in this matter. *See* Declaration of Amy Carollo, attached hereto as Exhibit B.

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment in their favor and jointly and severally against Defendants Hugh Henry Construction Inc. d/b/a Gallagher Concrete, Inc., Tracey Biesterfeldt, individually, and Michael Gallagher, individually, in the amount of $284,290.99 representing $256,857.94 in unpaid contributions, dues, interest,

liquidated damages, accumulated liquidated damages and audit costs due on the audit of the Company's books and records for the period of July 10, 2020 through December 31, 2022 and $27,433.05 in attorney's fees and costs expended to date in this matter. Plaintiffs further respectfully request that this Court order the Defendants to pay all post-judgment interest on the judgment amount from the date of judgment until judgment is paid in full.

                                              Respectfully submitted,

July 16, 2024                                     Laborers' Pension Fund, et al.

                                              By:  /s/Amy Carollo

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL 60604
(312) 692-1540

**CERTIFICATE OF SERVICE**

The undersigned certifies that she caused a copy of the foregoing Motion for Entry of Judgment in Sum Certain to be served upon the following persons via the U.S. Postal Service and email this 16th day of July 2024.

Hugh Henry Construction Inc. d/b/a Gallagher Concrete
Tracey Biesterfeldt, Registered Agent
6431 N. Newark, Apt. 1
Chicago, IL 60631

Tracey Biesterfeldt
6431 N. Newark, Apt. 1
Chicago, IL 60631
gconcretetracey@gmail.com

Michael Gallagher
6431 N. Newark, Apt. 1
Chicago, IL 60631
gconcretemichael@gmail.com

/s/ Amy Carollo